UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11260

KEVIN HEFFERNAN,

                            Plaintiff,

v.

FRANK G. STRAUB, individually, and in his capacity as Commissioner of Public Safety for the City of White Plains, N.Y., RICHARD LYMAN, individually and in his capacity as chief of the City of White Plains fire Bureau, Department of Public Safety, RICHARD HOULIHAN, individually, and in his capacity as Deputy Chief, White Plains Fire Bureau, Department of Public Safety, VINCENT ROBERTO, individually and in his capacity as Deputy fire Chief, White Plains Fire Bureau, Department of Public Safety and the CITY OF WHITE PLAINS, New York,

                            Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 12/18/07 at 1:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's rules and Electronic filing rules

Party Served: FRANK G. STRAUB

At Location: 77 South Lexington Avenue, White Plains, New York

    By delivering to and leaving with Richard Lyman and that deponent knew the person so served to be Richard Lyman and authorized to accept service.

On December 18, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

        A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex M | Age 50-60 | Weight 200 |
| Color of Skin WHITE | Height 6'3" | Color of Hair White |
| Other Features | | |

                                                                   Robert Fouvy

Sworn to before me this
19th day of December, 2007

_____
Notary Public FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11260

KEVIN HEFFERNAN,

                          Plaintiff,

v.

FRANK G. STRAUB, individually, and in his capacity as Commissioner of Public Safety for the City of White Plains, N.Y., RICHARD LYMAN, individually and in his capacity as chief of the City of White Plains fire Bureau, Department of Public Safety, RICHARD HOULIHAN, individually, and in his capacity as Deputy Chief, White Plains Fire Bureau, Department of Public Safety, VINCENT ROBERTO, individually and in his capacity as Deputy fire Chief, White Plains Fire Bureau, Department of Public Safety and the CITY OF WHITE PLAINS, New York,

                          Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 12/18/07 at 1:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's rules and Electronic filing rules

Party Served: RICHARD LYMAN

At Location: 77 South Lexington Avenue, White Plains, New York

   By delivering to and leaving with Richard Lyman.

      A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex M | Age 50-60 | Weight 200 |
| Color of Skin WHITE | Height 6' 3" | Color of Hair Whtie |
| Other Features | | |

                                        Robert Fouvy

Sworn to before me this
19th day of December, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20__

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11260

KEVIN HEFFERNAN,

                Plaintiff,

v.

FRANK G. STRAUB, individually, and in his capacity as Commissioner of Public Safety for the City of White Plains, N.Y., RICHARD LYMAN, individually and in his capacity as chief of the City of White Plains fire Bureau, Department of Public Safety, RICHARD HOULIHAN, individually, and in his capacity as Deputy Chief, White Plains Fire Bureau, Department of Public Safety, VINCENT ROBERTO, individually and in his capacity as Deputy fire Chief, White Plains Fire Bureau, Department of Public Safety and the CITY OF WHITE PLAINS, New York,

                Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 12/18/07 at 1:00 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's rules and Electronic filing rules

Party Served: RICHARD HOULIHAN

At Location: 77 South Lexington Avenue, White Plains, New York

By delivering to and leaving with Richard Lyman and that deponent knew the person so served to be Richard Lyman and authorized to accept service.

On December 18, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex M | Age 50-60 | Weight 200 |
| Color of Skin WHITE | Height 6'3" | Color of Hair White |
| Other Features | | |

                                                        *Robert Fouvy* (signed)
                                                        Robert Fouvy

Sworn to before me this
19th day of December, 2007

_____
Notary Public
ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 __

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11260

KEVIN HEFFERNAN,

                Plaintiff,

v.

FRANK G. STRAUB, individually, and in his capacity as Commissioner of Public Safety for the City of White Plains, N.Y., RICHARD LYMAN, individually and in his capacity as chief of the City of White Plains fire Bureau, Department of Public Safety, RICHARD HOULIHAN, individually, and in his capacity as Deputy Chief, White Plains Fire Bureau, Department of Public Safety, VINCENT ROBERTO, individually and in his capacity as Deputy fire Chief, White Plains Fire Bureau, Department of Public Safety and the CITY OF WHITE PLAINS, New York,

                Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 12/18/07 at 1:00 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's rules and Electronic filing rules

Party Served: VINCENT ROBERTO

At Location: 77 South Lexington Avenue, White Plains, New York

    By delivering to and leaving with Richard Lyman and that deponent knew the person so served to be Richard Lyman and authorized to accept service.

On December 18, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex M | Age 50-60 | Weight 200 |
| Color of Skin WHITE | Height 6'3" | Color of Hair White |
| Other Features | | |

                                  _____
                                  Robert Fouvy

Sworn to before me this
19th day of December, 2007

_____
Notary Public

    ANN B. FRANK
Notary Public, State of New York
    No. 01FR502?048
Qualified in Westchester County
Commission Expires ?????? ??, 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11260

KEVIN HEFFERNAN,

                Plaintiff,

v.

FRANK G. STRAUB, individually, and in his capacity as Commissioner of Public Safety for the City of White Plains, N.Y., RICHARD LYMAN, individually and in his capacity as chief of the City of White Plains fire Bureau, Department of Public Safety, RICHARD HOULIHAN, individually, and in his capacity as Deputy Chief, White Plains Fire Bureau, Department of Public Safety, VINCENT ROBERTO, individually and in his capacity as Deputy fire Chief, White Plains Fire Bureau, Department of Public Safety and the CITY OF WHITE PLAINS, New York,

                Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 12/18/07 at 1:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's rules and Electronic filing rules

Party Served: CITY OF WHITE PLAINS, New York

At Location: 255 Main Street, White Plains, New York

By delivering to and leaving with Arthur Gutekunst, Esq. and that deponent knew the person so served to be Arthur Gutekunst, Esq. and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex M          Age 50-60          Weight 200
Color of Skin WHITE   Height 6'           Color of Hair Grey
Other Features wearing glasses

                                                  *[signature]*
                                                  Robert Fouvy

Sworn to before me this
19th day of December, 2007

*[signature]*
Notary Public

        ANN B. FRANK
  Notary Public, State of New York
      No. 01FR5022348
  Qualified in Westchester County
Commission Expires January 10, 20__