UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KEVIN HEFFERNAN,

                         Plaintiff,

    -against-

FRANK G. STRAUB, individually, and in his capacity as
Commission of Public Safety for the City of White Plains,
N.Y., RICHARD LYMAN, individually, and in his
capacity as Chief of the City of White Plains Fire Bureau,
Department of Public Safety, RICHARD HOULIHAN,
individually, and in his capacity as Deputy Chief, White
Plains Fire Bureau, Department of Public Safety,
VINCENT ROBERTO, individually and in his capacity as
Deputy Fire Chief, White Plains Fire Bureau, Department
of Public Safety and the CITY OF WHITE PLAINS, New
York,

                         Defendants.
------------------------------------------------------------------X

Case No. 07 CV 11260 (WCC)

<u>RULE 7.1 STATEMENT</u>

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Frank G. Straub, <u>et al.</u>, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       January 8, 2008

                                   _____
                                   Ivan D. Smith (2659)
                                   LEWIS BRISBOIS BISGAARD & SMITH, LLP
                                   199 Water Street, 25th Floor
                                   New York, New York 10038
                                   (212) 232-1300

                                   *Attorneys for Defendants*
                                   Frank G. Straub, <u>et al.</u>,

4848-6922-6242.1