UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN HEFFERNAN,

                        Plaintiff,

-against-

FRANK G. STRAUB, individually, and in his capacity as Commission of Public Safety for the City of White Plains, N.Y., RICHARD LYMAN, individually, and in his capacity as Chief of the City of White Plains Fire Bureau, Department of Public Safety, RICHARD HOULIHAN, individually, and in his capacity as Deputy Chief, White Plains Fire Bureau, Department of Public Safety, VINCENT ROBERTO, individually and in his capacity as Deputy Fire Chief, White Plains Fire Bureau, Department of Public Safety and the CITY OF WHITE PLAINS, New York,

                        Defendants.
-----------------------------------------------------------------X

Case No. 07 CV 11260 (WCC)

NOTICE OF APPEARANCE

To the Clerk of this Court and all Parties of Record:

    Enter my appearance as counsel in this case for the Defendants, FRANK G. STRAUB, individually, and in his capacity as Commission of Public Safety for the City of White Plains, N.Y., RICHARD LYMAN, individually, and in his capacity as Chief of the City of White Plains Fire Bureau, Department of Public Safety, RICHARD HOULIHAN, individually, and in his capacity as Deputy Chief, White Plains Fire Bureau, Department of Public Safety, VINCENT ROBERTO, individually and in his capacity as Deputy Fire Chief, White Plains Fire Bureau, Department of Public Safety and the CITY OF WHITE PLAINS.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
          January 8, 2008

                                    Ivan D. Smith (2659)
                                    LEWIS BRISBOIS BISGAARD & SMITH, LLP
                                    199 Water Street, 25th Floor
                                    New York, New York 10038
                                    (212) 232-1300

                                    *Attorneys for Defendants*
                                    Frank G. Straub, et al.,

4848-0165-8626.1