

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KEVIN HEFFERNAN,

      Plaintiff,

-against-

FRANK G. STRAUB, individually, and in his capacity as
Commission of Public Safety for the City of White Plains,
N.Y., RICHARD LYMAN, individually, and in his
capacity as Chief of the City of White Plains Fire Bureau,
Department of Public Safety, RICHARD HOULIHAN,
individually, and in his capacity as Deputy Chief, White
Plains Fire Bureau, Department of Public Safety,
VINCENT ROBERTO, individually and in his capacity as
Deputy Fire Chief, White Plains Fire Bureau, Department
of Public Safety and the CITY OF WHITE PLAINS, New
York,

      Defendants.
------------------------------------------------------X

Case No. 07 CV 11260 (WCC)

STIPULATION AND ORDER
TO EXTEND TIME

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that the time which defendants FRANK G. STRAUB, individually, and in his capacity as Commission of Public Safety for the City of White Plains, N.Y., RICHARD LYMAN, individually, and in his capacity as Chief of the City of White Plains Fire Bureau, Department of Public Safety, RICHARD HOULIHAN, individually, and in his capacity as Deputy Chief, White Plains Fire Bureau, Department of Public Safety, VINCENT ROBERTO, individually and in his capacity as Deputy Fire Chief, White Plains Fire Bureau, Department of Public Safety and the CITY OF WHITE PLAINS, New York, may Answer and/or otherwise move with respect to the Complaint in the above-referenced action be and hereby is extended to February 7, 2008.

4843-5955-2770.1

Dated: New York, New York
January 8, 2008

LOVETT & GOULD, LLP

_____
Jonathan Lovett (4854)
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

LEWIS BRISBOIS BISGAARD & SMITH, LLP

_____
Ivan D. Smith (2659)
Attorneys for Defendants
199 Water Street, 25th Floor
New York, New York 10038
(212) 232-1300

SO ORDERED: 1/9/08

_____
WILLIAM C. CONNER,        USDJ

4843-5955-2770.1