UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KEVIN HEFFERNAN,

                        Plaintiffs,        07 Civ 11260 (WCC)

   -against-                               PLAINTIFFS' NOTICE OF
                                             APPEARANCE OF COUNSEL

FRANK G. STRAUB, individually and in his
capacity as Commissioner of Public Safety
for the City of White Plains, N.Y., RICHARD
LYMAN, individually and in his capacity as
Chief of the City of White Plains Fire Bureau,
Department of Public Safety, RICHARD
HOULIHAN, individually and in his capacity
as Deputy Chief, White Plains Fire Bureau,
Department of Public Safety, VINCENT ROBERTO,
individually and in his capacity as Deputy Fire
Chief, white Plains Fire Bureau, Department of
Public Safety and the CITY OF WHITE PLAINS,
New York,

                        Defendants.
-----------------------------------------------------------x

TO THE CLERK OF THE COURT:

      Please enter the appearance of Kim Berg, Esq. of the law firm of Lovett & Gould, LLP on behalf of the Plaintiff Kevin Heffernan in this action. This is for notice only. Do not remove Jonathan Lovett, Esq. as lead attorney.

                                      Kim Berg (KB 1425)
                                      Lovett & Gould, LLP
                                     222 Bloomingdale Road
                                 White Plains, New York 10605
                                        (914) 428-8401
                                  FAX: (914)) 428-8916
                               E-mail: kberg@lovett-gould.com

                                        Respectfully submitted,

                                        LOVETT& GOULD, LLP
                                        222 Bloomingdale Road, Suite 304
                                        White Plains, New York 10605
                                        (914) 428-8401

                          By:   _____
                                        Kim Berg (KB1425)

Dated: January 30, 2008
      White Plains, New York