UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KEVIN HEFFERNAN,

                     Plaintiff,

    -against-

FRANK G. STRAUB, individually, and in his capacity as Commission of Public Safety for the City of White Plains, N.Y., RICHARD LYMAN, individually, and in his capacity as Chief of the City of White Plains Fire Bureau, Department of Public Safety, RICHARD HOULIHAN, individually, and in his capacity as Deputy Chief, White Plains Fire Bureau, Department of Public Safety, VINCENT ROBERTO, individually and in his capacity as Deputy Fire Chief, White Plains Fire Bureau, Department of Public Safety and the CITY OF WHITE PLAINS, New York,

                     Defendants.
------------------------------------------------------------------X

Case No. 07 CV 11260 (WCC)

NOTICE OF MOTION

      **PLEASE TAKE NOTICE** that, upon the annexed Affirmation of Ivan D. Smith, Esq., dated March 19, 2008, the exhibits annexed thereto, and the accompanying Memorandum of Law in Support of the Motion to Dismiss, defendants will move this Court, before the Honorable William C. Conner, United States District Judge, at the United States District Courthouse, Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on _____, 2008 or as soon thereafter as counsel may be heard, for an Order dismissing in its entirety, the Complaint in this matter, and granting such other and further relief as the Court may deem just and proper;

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to the Order of the Court, answering papers, if any, must be served and filed by April 9, 2008;

4829-2373-5298.1

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Order of the Court, reply papers, if any must be served and filed by April 21, 2008.

Dated: New York, New York
       March 19, 2008

                                            LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                            _____/s/_____
                                            Ivan D. Smith (IS-2659)
                                            Attorneys for Defendants
                                            199 Water Street, 25th Floor
                                            New York, New York 10038
                                            (212) 232-1300

TO:

Jonathan Lovett, Esq. (JL-4854)
LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York  10605
(914) 428-8401