UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KEVIN HEFFERNAN,

                      Plaintiff,

     -against-

FRANK G. STRAUB, individually, and in his capacity as Commission of Public Safety for the City of White Plains, N.Y., RICHARD LYMAN, individually, and in his capacity as Chief of the City of White Plains Fire Bureau, Department of Public Safety, RICHARD HOULIHAN, individually, and in his capacity as Deputy Chief, White Plains Fire Bureau, Department of Public Safety, VINCENT ROBERTO, individually and in his capacity as Deputy Fire Chief, White Plains Fire Bureau, Department of Public Safety and the CITY OF WHITE PLAINS, New York,

                      Defendants.
------------------------------------------------------------------X

Case No. 07 CV 11260 (WCC)

AFFIRMATION OF IVAN D. SMITH IN SUPPORT OF MOTION TO DISMISS

      **IVAN D. SMITH, ESQ.**, an attorney duly admitted to practice law in the courts of this State and this Federal District, affirms pursuant to 28 U.S.C. § 1746, under penalties of perjury, that the following is true and accurate to the best of my knowledge and belief:

      1.     I am a partner with the law firm of Lewis Brisbois Bisgaard & Smith, LLP, attorneys for the Defendants herein. I submit this Affirmation in Support of Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

      2.     Annexed hereto as Exhibit "A" is a copy of the Complaint in this matter;

      3.     Annexed hereto as Exhibit "B" is a copy of the transcript of the radio transmission of April 20, 2005;

      4.     Annexed hereto as Exhibit "C" is a copy of the Inter-Office Memorandum dated April 20, 2005, from Lt. K. Heffernan to Chief Lyman.

5.  Annexed hereto as Exhibit "D" is a copy of the Job Specification for Fire Lieutenant for the City of White Plains, effective November 2004;

6.  Annexed hereto as Exhibit "E" is a copy of Section 129 of the Rules and Regulations for the Government of Officers and Members of the Bureau of Fire Department of Public Safety, City of White Plains; and

7.  Annexed hereto as Exhibit "F" is a copy of the Amended Hearing Officer's Report and Recommendation dated April 23, 2007, in the matter of Frank G. Straub against Lieutenant Kevin Heffernan.

Dated: New York, New York
       March 19, 2008

                                       LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                       _____i/s_____
                                       Ivan D. Smith (IS-2659)
                                       Attorneys for Defendants
                                       199 Water Street, 25th Floor
                                       New York, New York 10038
                                       (212) 232-1300