File No. 50130-135 Kevin Heffernan v. Frank G. Straub, et al., USDC-Southern District 07 Civ. 11260 (WCC)

### AFFIDAVIT OF SERVICE VIA ECF AND FIRST CLASS MAIL

STATE OF NEW YORK    )
                                                  ) ss:
COUNTY OF NEW YORK )

Nancy Rivera, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and I reside in the State of New York, County of New York.

That on the 28th day of April, 2008, I served a true copy of the annexed **AMENDED NOTICE OF MOTION, AFFIRMATION IN SUPPORT OF MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** upon the following:

Jonathan Lovett, Esq.
LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Nancy Rivera

Sworn to before me this
28th day of April, 2008

_____
Notary Public

SHADENA MORANT-DANIELS
Notary Public, State of New York
No. 24-4986342
Qualified in Kings County
Commission Expires Sept. 9, 2004

4810-3892-6850.1