File No. 50130-135 Kevin Heffernan v. Frank G. Straub, et al., USDC-Southern District 07 Civ. 11260(WCC)

### AFFIDAVIT OF SERVICE VIA ECF AND REGULAR MAIL

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

Nancy Rivera, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and I reside in the State of New York, County of New York.

That on the 29th day of May, 2008, I served a true copy of the annexed **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** upon the following:

Jonathan Lovett, Esq. (JL-4854)
LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York  10605
(914) 428-8401

by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Nancy Rivera

Sworn to before me this
29th day of May, 2008

_____
Notary Public

DANIELLE SHAW
NOTARY PUBLIC, State of New York
No. 01SH6151041
Qualified in Kings County
Commission Expires 8/7/2010

4843-0544-3586.1